LGT Bank (Schweiz) AG
Lange Gasse 15
Postfach
4002 Basel

TELEFAX

Date 26.05.2015
Objet Confirmation de paiement
De Service des opérations de paiement
A

Nous confirmons l'exécution du paiement suivant.

| | |
|---|---|
| Type de message | MT A10 |
| Sending Institution | BLFLCHBB |
| Receiving Institution | LGT BANK (SCHWEIZ) AG, 4002 BASEL 002301 |
| TRN/Référence (20) | UBS AG, ZÜRICH 44619241/1XXXXXX |
| Value/Amount (32) | 15-05-27 EUR 3,517,500.00 |
| Donneur d'Ordre (50) | /CH5308335002620299068 BLOOMDALE S.À. C/O SHIRLEY Y ASOCIADOS AVE. SAMUEL LEWIS Y CALLE 58, URB O PANAMA, PANAMA |
| Account with Institution (57) | UBSWCHZH8 A UBS AG, ZURCH |
| Bénéficiaire (59) | CH900023 23005882820X UBS FINANCIA SERVICES INC FFC: BANCREDITO INTERNATIONAL BANK CORP, ACC. JX18009 A/C NR 2-0001-000007-1 |
| Info. bénéficiaire (70) | /ACCOUNT/BLOOMDALE LIMITED |
| Option de montant (71) | OUR |

Avec nos meilleures salutations
LGT Bank (Schweiz) AG

Va de sans signature

Si vous n'êtes pas le destinataire susmentionné, nous vous prions de bien vouloir en informer l'expéditeur dans les brefs délais.



LGT Bank (Schweiz) AG
Lange Gasse 15
Postfach
4002 Basel

TELEFAX

Date     26.05.2015
Objet    Confirmation de paiement
De       Service des opérations de paiement
A

Nous confirmons l'exécution du paiement suivant.

| | |
|---|---|
| Type de message | MT A10 |
| Sending Institution | BLFLCHBB |
| | LGT BANK (SCHWEIZ) AG, 4002 BASEL |
| Receiving Institution | 087881 |
| | BANQUE HERITAGE, 1211 GENEVA |
| TRN/Référence (20) | 44615820/1XXXXXX |
| Value/Amount (32) | 15-05-27 EUR 3,517,500.00 |
| Donneur d'Ordre (50) | /CH5308335002620299068 |
| | BLOOMDALE S.A. |
| | C/O SHIRLEY Y ASOCIADOS |
| | AVE. SAMUEL LEWIS Y CALLE 58, URB O |
| | PANAMA, PANAMA |
| Account with Institution (57) | HFTCCHGG |
| | BANQUE HERITAGE, 1211 GENEVA |
| Bénéficiaire (59) | /CH0308788009322800002 |
| | ACCOUNT 10576700 |
| | FURTHER CREDIT |
| | BANCREDITO INTERNATIONAL BANK CORP |
| | SWIFT HFTCCHGGXXX |
| Info. bénéficiaire (70) | A/C NR 2-001-000007-1 |
| | /ACCOUNT/BLOOMDALE LIMITED |
| Option de montant (71) | OUR |

Avec nos meilleures salutations
LGT Bank (Schweiz) AG

Valide sans signature

Si vous n'êtes pas le destinataire susmentionné, nous vous prions de bien vouloir en informer l'expéditeur dans les brefs délais.

```
BENEFICIAIRE  : 0932280M 0002 EUR BANCREDITO INTERNATIONAL BANK CORP  ANGLAIS
/CH0308788009322800002          BANCREDITO INTERNATIONAL BANK CORP
MNT PAYE : EUR           40'000.00  VAL CR : 26.05.2015
TEXTE  REFERENCE ACCOUNT JACQUES        A/C NR 2-001-000007-1
BENT
```

Ariane Rinaldi-Wery

Director

BANQUE HERITAGE SA

Route de Chêne 61

Case Postale 6600

1211 Geneva 6 - Switzerland

Mobile : +41 (0)79 235 31 13

Phone  : +41 (0)58 2200 357