IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BLOOMDALE, S.A. and GOTRA LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>BANCRÉDITO INTERNATIONAL BANK AND TRUST CORPORATION and JULIO HERRERA VELUTINI<br><br>Defendants. | CIVIL NO.: 19-cv-02093 (WGY)<br><br>RE: BREACH OF CONTRACT, DAMAGES, TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties to this Action, namely Plaintiffs Bloomdale, S.A. and Gotra Limited and Defendant Bancrédito International Bank and Trust, have stipulated that the Complaint be dismissed with prejudice and without costs, including attorneys' fees, to any party.

**CERTIFICATE OF SERVICE**

It is hereby certified that on this same date, Plaintiffs electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel record which are CM/ECF system participants at their corresponding e-mail addresses and which, pursuant to Local Civil Rule 5.1(b)(2), constitutes the equivalent of service.

In San Juan, Puerto Rico, this 12th day of September, 2020.

**RESPECTFULLY SUBMITTED**.

| | |
|---|---|
| **SEPULVADO, MALDONADO & COURET**<br>*Attorneys for Plaintiffs,*<br>*Bloomdale, S.A. and GOTRA Limited*<br>304 Ponce de León Ave<br>Suite 990<br>San Juan, P.R. 00918<br>Telephone: (787) 765-5656<br>Fax: (787) 294-0073<br><br>*/s/ Lee R. Sepulvado-Ramos*<br>Lee R. Sepulvado Ramos<br>USDC-PR No. 211912<br>lsepulvado@smclawpr.com<br><br>*/s/ Lady E. Cumpiano*<br>Lady E. Cumpiano<br>USDC-PR No. 211106<br>lcumpiano@smclawpr.com | **McCONNELL VALDÉS LLC**<br>*Attorneys for Defendant,*<br>*Bancrédito International Bank*<br>*and Trust Corporation*<br>PO Box 364225<br>San Juan, P.R. 00936-4225<br>Telephone: (787) 250-5699/2630<br>Fax: (787) 759-8282<br><br>*/s/ Henry O. Freese Souffront*<br>Henry O. Freese Souffront<br>USDC-PR No. 215502<br>hf@mcvpr.com<br><br>*/s/ Carmen M. Alfonso Rodríguez*<br>Carmen M. Alfonso Rodríguez<br>USDC-PR No. 225905<br>car@mcvpr.com<br><br>*/s/ Leany P. Prieto Rodríguez*<br>Leany P. Prieto Rodríguez<br>USDC-PR No. 303407<br>lpp@mcvpr.com |